IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BETTINA HARE,

    Plaintiff,

v.                                                  CASE NO.  5:05cv34-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF REMAND

This matter is before the court on the magistrate judge's report and recommendation (document 20), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment providing, "The Commissioner's decision determining that the claimant is not disabled is REVERSED.  The case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with the report and recommendation."  The clerk

shall close the file.

SO ORDERED this 21st day of September, 2005.

s/Robert L. Hinkle
Chief United States District Judge