IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BETTINA M. HARE,

    Plaintiff,

v.                                  CASE NO. 5:05cv34-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

**ORDER AWARDING ATTORNEY'S FEES**

This matter is before the court on the magistrate judge's report and recommendation (document 26), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The court makes findings as recommended. Plaintiff's application for attorney's fees is GRANTED. The Secretary shall pay to Chantal J. Harrington the

*Page 2 of 2*

sum of $3,277.89 as attorney's fees pursuant to the Equal Access to Justice Act.

    SO ORDERED this 1st day of December, 2005.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge

*Case No: 5:05cv34-RH/WCS*